# Court of Appeals, State of Michigan

## ORDER

IN RE D LAVICTOR-HYDE MINOR

Docket No.    321390

LC No.      09-013851-NA

Stephen L. Borrello
Presiding Judge

Deborah A. Servitto

Douglas B. Shapiro
Judges

The Court orders that the November 18, 2014 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 05 2015
Date

Chief Clerk